UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACCESS 4 ALL, INC.; DOUGLAS WILDER,

        Plaintiffs,

-vs-                                             Case No.  2:09-cv-573-FtM-99SPC

B.F. FT. MYERS, INC.,

        Defendant.

_____

## ORDER

This matter comes before the Court on the Defendant B.F. Fort Myers, Inc.'s Motion to Stay Discovery Pending Resolution of Defendant's Motion to Submit the Issue of Plaintiffs Attorney's Fees, Costs, and Expenses to the Court (Doc. #15) filed on February 1, 2010.  At this time no response has been filed.

The case arises out of the Plaintiff's claim that the Wendy's fast food store located in Port Charlotte, Florida, owned and operated by B.F. Ft. Myers, was not compliant with the ADA.  B.F. Ft. Myers has agreed to make substantially all of the modifications necessary to bring the Wendy's into compliance with the ADA.  As such, the Defendant asks that all discovery be stayed until the modifications can be made and the case resolved without further costs.  The Defendant currently has a Motion to Submit the Issue of Plaintiff's Attorney's Fees and Costs to the Court (Doc. # 13) requesting that the Court deny the Plaintiff's fees and costs or to limit the amount of fees and costs to a reasonable sum.  The Defendant wants the case stayed until the Court rules on the Motion for the Plaintiffs Attorney's fees or until remediation is complete.

The Court finds good cause to stay the case for sixty days (60) pending a ruling on the Plaintiffs attorney's fees in order for the modification work to be completed or advanced. The Parties are directed to file a status report at the end of the sixty days or on or before April 18, 2010.

Accordingly, it is now

**ORDERED:**

The Defendant B.F. Fort Myers, Inc.'s Motion to Stay Discovery Pending Resolution of Defendant's Motion to Submit the Issue of Plaintiffs Attorney's Fees, Costs, and Expenses to the Court (Doc. #15) (Doc. #15) is **GRANTED**.

(1) The discovery in this case is hereby **STAYED April 18, 2010**.

(2) The Parties are hereby directed to file a Status Report regarding the Modifications on the Wendy's in Port Charlotte on or before **April 18, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record